UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MAGID GLOVE & MANUFACTURING SAFETY COMPANY, LLC, an Illinois limited liability corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>TOWER INTERNATIONAL, INC., as successor to Tower Automotive, LLC, a foreign limited liability corporation,<br><br>       Defendant. | Case No. 4:11-cv-11791-MAG-MAR<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate: Mark A. Randon |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS (DKT 24)

The Court, having heard oral argument on Tower International, Inc.'s ("Tower") Motion to Compel and for Sanctions (Dkt. 24) (the "Motion"), and being otherwise duly advised in the premises, for the reasons stated on the record, the Motion is hereby GRANTED IN PART AND DENIED IN PART, as set forth herein:

    A.    Magid Glove & Manufacturing Safety Company LLC ("Magid") shall produce its corporate designee to be deposed pursuant to Fed. R. Civ. P. 30(b)(6) within ten (10) days of entry of this order, or as otherwise mutually agreed by the parties.

    B.    Magid's objections to Document Request Nos. 2-4, Interrogatory No. 3, and Tower's Requests for Admission on the grounds that such discovery requests seek information that is not relevant, are vague and confusing and/or overly burdensome are overruled. Magid shall provide full and complete responses to the aforementioned discovery requests and produce responsive documents within ten (10) days of entry of this order.

      C.      Tower's request for sanctions for spoliation of evidence is denied. Nothing in this Order precludes Tower from raising the issue of spoliation again following Magid's full and complete production of documents pursuant to this Order.

      D.      Tower's request for an award of its attorney fees incurred in bringing the Motion is denied.

IT IS SO ORDERED.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: November 30, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 30, 2011, electronically.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*